```
                 IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

PATRICK PRINCE,                      ) Docket No. 18 C 2952
                                     )
              Plaintiff,             )
                                     )
         v.                          ) Chicago, Illinois
                                     ) November 14, 2018
KRISTON KATO, et al.,                ) 9:00 o'clock a.m.
                                     )
              Defendants.            )

              TRANSCRIPT OF PROCEEDINGS - MOTION
              BEFORE THE HONORABLE JOHN Z. LEE

APPEARANCES:

For the Plaintiff:           LOEVY & LOEVY, by
                             MR. DAVID BENJAMIN OWENS
                             311 North Aberdeen Street
                             Third Floor
                             Chicago, Illinois 60607

For Defendant City of        REITER BURNS LLP, by
Chicago:                     MR. PAUL A. MICHALIK
                             311 South Wacker Drive
                             Suite 5200
                             Chicago, Illinois 60606

For the Individual           BORKAN & SCAHILL LTD., by
Defendant Officers:          MS. MISHA ITCHHAPORIA
                             20 South Clark Street
                             Suite 1700
                             Chicago, Illinois 60603




                    ALEXANDRA ROTH, CSR, RPR
                      Official Court Reporter
                    219 South Dearborn Street
                           Room 1224
                     Chicago, Illinois 60604
                        (312) 408-5038
```

1        (Proceedings had in open court:)
2            THE CLERK:  18 CV 2952, Prince versus Kato.
3            MR. MICHALIK:  Good morning, your Honor.  Paul
4    Michalik on behalf of defendant City of Chicago.
5            MS. ITCHHAPORIA:  Good morning, your Honor.  Misha
6    Itchhaporia on behalf of the individual defendant officers.
7            MR. OWENS:  Good morning, your Honor.  I'm David B.
8    Owens, and I represent Patrick Prince.
9            THE COURT:  All right.  So pending before the Court is
10   the defendants' motion to bifurcate plaintiff's Monell claims.
11   So Rule 42(b) of the Federal Rules of Civil Procedure allows me
12   to separate claims and decide particular claims and issues in
13   separate trials.  The Court exercises considerable discretion
14   in making its determination.  And as another Judge in this
15   district found in Rodriguez versus City of Chicago, 2018
16   Westlaw 3474538, Northern District of Illinois, July 19, 2018,
17   in recent years there has been a growing body of precedent in
18   this district for both granting and denying bifurcation in 1983
19   cases.  But, of course, the decision whether to bifurcate must
20   be made on a case-by-case basis, looking at the specific facts
21   and claims presented.
22           Having reviewed the arguments made by the parties
23   here, I do not believe that bifurcation of the Monell claims is
24   warranted in this particular case.  First, given the issues
25   described in the complaint, I do not believe that bifurcation

1 of discovery or trial would materially facilitate the speedy
2 and effective resolution of this case.  In fact, in my
3 experience, bifurcating discovery, particularly in cases like
4 this, only tends to prolong the case and leads to unnecessary
5 disputes as to the appropriate scope of non-Monell versus
6 Monell discovery.
7       This is particularly true in a case like this where
8 the city has been engaged in Monell discovery with regard to
9 the same police officers and supervisors in similar cases.  And
10 while the Monell discovery may not completely overlap, the city
11 certainly has a good start and idea on how it would search for
12 discovery that would be the subject of plaintiff's Monell
13 claims.
14       Second, the city also argues that the introduction of
15 Monell evidence at trial would be unfairly prejudicial to
16 individual defendants, or potentially vice versa, and this may
17 be true.  But this is an issue that we can deal with as part of
18 the final pretrial conference as the case heads to trial.  This
19 case is at the very early stages.  And so I believe it is
20 better to leave that decision to a time when the record is
21 better developed, when both the parties and I will have a
22 better sense of exactly what the claims will be at trial and
23 what evidence the parties intend to rely on at trial.
24       On the other hand, the delays that the bifurcation of
25 Monell discovery might cause in this case I believe would

1 prejudice plaintiff's interests in achieving the speedy and
2 efficient resolution to this matter.  And what is more, it is
3 too early to tell whether there is a risk of inconsistent
4 verdicts.  And the plaintiff has indicated that he does have
5 non-monetary goals for his lawsuit against the city and that a
6 judgment against the individual defendants would not satisfy.
7       And, of course, the plaintiff is entitled to be the
8 master of his own complaint and pursue claims even if they have
9 minimal pecuniary reward.  And so for those reasons the motion
10 to bifurcate the Monell claim is denied without prejudice.
11       All right.  So given that, I know there has previously
12 been a discovery schedule set in this case.  This will
13 obviously impact the scope of discovery.  Will it impact the
14 deadlines for discovery?
15       Let me hear from the plaintiff first.
16       MR. OWENS:  Your Honor, I think the first thing for us
17 to do is, you know, under the new pilot we sent our discovery.
18 And I think the city raised some issues, possible objections,
19 to our written discovery.
20       My -- my suggestion is that we get through the first
21 round of written discovery, and once we start discovery see
22 where we're at in a month or two.  And if it looks like we are
23 on board, which we'll make every attempt to do, we'll persist
24 with that schedule.  But if not and if everyone is working in
25 good faith through the discovery that we have so far, given

1 we've got more on the front end, we can come back to the Court
2 at that time.
3 But I don't think we have enough information right
4 now.
5 MR. MICHALIK: I think from our perspective, there is
6 almost no way we would be able to meet the current deadline,
7 Judge. We pointed out what we consider to be almost unlimited
8 Monell discovery. I mean, there is no dates on some of the --
9 so the scope is extremely broad as to the subject matter.
10 There is no deadlines.
11 So there is going to be a lot of 37.2 conferring with
12 plaintiff's counsel just to narrow down the scope of the
13 initial written discovery that's Monell directed. So I think
14 it's going to be little bit of a drawn-out process.
15 THE COURT: All right. I know that this case has been
16 assigned to Magistrate Judge Finnegan. And so I will refer
17 this case to her for general discovery supervision. Okay?
18 And as of the moment, I will keep the May 31 deadline,
19 with the understanding that the parties may need to modify that
20 schedule based upon the scope of Monell discovery, whatever
21 that scope ends up being. And to the extent that the parties
22 need more time, as we approach May the parties can file a
23 motion and I will deal with it at that point in time.
24 MR. OWENS: Thank you, Judge.
25 THE COURT: Or I may have Magistrate Judge Finnegan

1  deal with it depending on where we are.  All right?
2          So we will set this case for further status.  Let's
3  look at the last week in February.
4          THE CLERK:  February 26 at 9:00 o'clock.
5          MR. MICHALIK:  Judge, I think there is a December 11
6  status date currently on the books in this case.
7          THE COURT:  I am going to strike that day.
8          MR. OWENS:  Thank you, Judge.
9          MS. ITCHHAPORIA:  Thank you.
10         MR. MICHALIK:  Thank you.
11     (Which were all the proceedings heard in this case.)
12                           CERTIFICATE
13         I HEREBY CERTIFY that the foregoing is a true, correct
14 and complete transcript of the proceedings had at the hearing
15 of the aforementioned cause on the day and date hereof.
16
17  /s/Alexandra Roth                              12/3/2018
    _____      _____
18  Official Court Reporter                         Date
    U.S. District Court
19  Northern District of Illinois
    Eastern Division
20
21
22
23
24
25