**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BERNARD WILLIAMS, | ) |
| *Plaintiff*, | ) Case No. 1:21-cv-819 |
| v. | ) Hon. Sunil R. Harjani, |
| KRISTON KATO, SAMUEL CIRONE, PATRICIA SAWCZENKO, JOHN FARRELL, SERGEANT CHASEN, M. CRONIN (Star No. 15490), J. RAWSKI (Star No. 3556), PAMELA RISLEY, as special representative of SERGEANT J. RISLEY (Star No. 975), UNKNOWN EMPLOYEES of the CITY OF CHICAGO, and the CITY OF CHICAGO, | ) District Judge ) ) Hon. Heather K. McShain, ) Magistrate Judge ) ) ) **JURY TRIAL DEMANDED** |
| *Defendants*. | ) |

## JOINT STATUS REPORT

The parties, by their respective attorneys, respectfully submit this joint status report, pursuant to this Court's order, Dkt. 87, and state as follows:

**I.      Written Discovery & Deposition Plan**

1.      Written discovery is still ongoing, and the parties are conferring on certain *Monell* discovery issues and various subpoena riders. Defendants have produced 42,000 pages of records, and Plaintiff has produced tens of thousands of pages of a "PTP" production in support of their *Monell* claim. Defendants have also issued various subpoenas and are still working on obtaining compliance from the Cook County State's Attorney's Office for key records in this matter.

2.      The Parties are still conferring on HIPAA and Confidentiality Orders.

3.      No depositions have yet occurred in this case. The parties have been conferring on dates for third-party and party depositions. Further, the parties reached agreement on who would

1

proceed first with the depositions of Eric Smith and Shawn Harris.

    4.     The following depositions are scheduled:

- July 11: Eric Smith
- July 15: Charles Snowden
- July 17: Shawn Harris

    5.     On May 28, 2024, Defendants issued a notice for the deposition of Plaintiff and seven deposition subpoenas including Plaintiff's co-defendant, ASAs, witnesses, and criminal defense attorneys. Due to scheduling conflicts and other professional obligations, the parties agreed to reschedule some of these depositions, and schedule other third-party depositions, for certain September and October dates. Plaintiff will send a proposal for scheduling those depositions to Defendants by Wednesday, July 3, 2024.

    6.     Defendants proposed scheduling the deposition of Defendant Sawczenko for late October and the remaining Defendant depositions for the weeks of November 11, November 18, and December 9, 2024. Defendants provided possible dates for six of the seven Defendant Officers. Plaintiff is considering that proposal.

    7.     Fact discovery is currently scheduled to close on August 16, 2024. The parties are in the process of conferring on what extension request might be appropriate considering the number of depositions yet to be taken and other discovery that may be necessary. Defendants have proposed a six-month extension until February 14, 2024 to complete discovery. Plaintiff is considering that proposal and will provide a response within seven days.

    **II.**     **Settlement Efforts**

    1.     Plaintiff issued a settlement demand on March 25, 2024. Defendants' counsel has and continues to confer with the City and expects to provide a response to Plaintiff within fourteen

days.

RESPECTFULLY SUBMITTED,

/s/     *Daniel Noland*  
Daniel Noland  
Special Assistant Corporation Counsel  
*One of the Attorneys for City of Chicago*

Terrence Burns  
Daniel Burns  
Daniel Noland  
Paul Michalik  
Katherine Morrison  
Dhaviella Harris  
Burns Noland LLP  
311 S. Wacker Drive, Ste 5200  
Chicago, Illinois 60606  
(312) 982-0090  
pmichalik@burnsnoland.com

/s/     *Christiane E. Murray*  
Christiane Murray  
Special Assistant Corporation Counsel  
*One of the Attorneys for Defendant Officers*

Steven Borkan  
Timothy Scahill  
Graham Miller  
Misha Itchhaporia  
Christiane Murray  
Borkan & Scahill, Ltd.  
20 South Clark Street  
Chicago, Illinois 60603  
(312) 580-1030  
mitchhaporia@borkanscahill.com

/s/ Alyssa Martinez  
Alyssa Martinez  
*One of the Attorneys for Plaintiff*

Arthur Loevy  
Jon Loevy  
Steve Art  
David B. Owens  
Alyssa Martinez  
Loevy & Loevy  
311 N. Aberdeen  
Chicago, Illinois 60607  
(312) 243-5900  
alyssa@loevy.com