IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNARD WILLIAMS, | ) |
| *Plaintiff*, | ) Case No. 1:21-cv-819 |
| *v.* | ) |
| | ) Hon. Sunil R. Harjani, |
| KRISTON KATO, SAMUEL CIRONE, PATRICIA SAWCZENKO, JOHN FARRELL, SERGEANT CHASEN, M. CRONIN (Star No. 15490), J. RAWSKI (Star No. 3556), PAMELA RISLEY, as special representative of SERGEANT J. RISLEY (Star No. 975), UNKNOWN EMPLOYEES of the CITY OF CHICAGO, and the CITY OF CHICAGO, | ) District Judge ) ) ) Hon. Heather K. McShain, ) Magistrate Judge ) ) ) ) **JURY TRIAL DEMANDED** |
| *Defendants*. | ) |

**JOINT STATUS REPORT**

The parties, by their respective attorneys, respectfully submit this joint status report, pursuant to this Court's order, Dkt. 105, and state as follows:

**I.  Written Discovery & Confidentiality Order**

1. Written discovery is still ongoing. The parties have produced tens of thousands of pages of records, and all discovery requests have been responded to—save for Plaintiff's discovery issued to Defendant City on September 4, 2024, which is due on October 4, 2024. The parties also plan on conferring the week of October 7, 2024 to discuss discovery disputes.

2. The parties are still conferring on a confidentiality protective order.

**II.  Depositions**

3. No depositions have yet occurred in this case. The following depositions are scheduled:

1

- Oct. 28, 2024: Patricia Sawczenko

- Nov. 13, 2024: John Rawski

- Nov. 18, 2024: John Farrell

- Nov. 20, 2024: Samuel Cirone

- Nov. 21, 2024: Kriston Kato

- Dec. 11, 2024: Michael Chasen

- Dec. 12, 2024: Michael Cronin

4. The parties have been conferring on dates for Plaintiff's deposition, along with third-party depositions, including Plaintiff's co-defendant, assistant state's attorneys, other Chicago Police Department officers, witnesses, and criminal defense attorneys.

### III. Settlement Efforts

5. Plaintiff issued a settlement demand on March 25, 2024, the City Defendants responded on July 3, 2024, and conversations between the parties are ongoing.

RESPECTFULLY SUBMITTED,

/s/ Daniel Noland
Daniel Noland
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Terrence Burns
Daniel Burns
Daniel Noland
Paul Michalik
Katherine Morrison
Dhaviella Harris
Burns Noland LLP
311 S. Wacker Drive, Ste 5200
Chicago, Illinois 60606
(312) 982-0090
dnoland@burnsnoland.com

/s/ Misha Itchhaporia
Misha Itchhaporia
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Officers*

Steven Borkan
Timothy Scahill
Graham Miller
Misha Itchhaporia
Christiane Murray
Borkan & Scahill, Ltd.
20 South Clark Street
Chicago, Illinois 60603
(312) 580-1030
mitchhaporia@borkanscahill.com

2

/s/ Alyssa Martinez
Alyssa Martinez
*One of the Attorneys for Plaintiff*

Arthur Loevy
Jon Loevy
Steve Art
David B. Owens
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
alyssa@loevy.com