**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BERNARD WILLIAMS, | )<br>)<br>) |
| *Plaintiff*, | ) Case No. 1:21-cv-819<br>) |
| v. | )<br>)<br>) Hon. Sunil R. Harjani, |
| KRISTON KATO, SAMUEL CIRONE, PATRICIA SAWCZENKO, JOHN FARRELL, SERGEANT CHASEN, M. CRONIN (Star No. 15490), J. RAWSKI (Star No. 3556), PAMELA RISLEY, as special representative of SERGEANT J. RISLEY (Star No. 975), UNKNOWN EMPLOYEES of the CITY OF CHICAGO, and the CITY OF CHICAGO, | ) District Judge<br>)<br>)<br>) Hon. Heather K. McShain,<br>) Magistrate Judge<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |
| *Defendants*. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, by his undersigned counsel, respectfully moves this Court for a seven-day extension of time, up to and including March 21, 2025, to file a status report concerning stipulation of dismissal. In support, Plaintiff states as follows:

1. On January 14, 2025, the Court entered an order directing the parties to submit a stipulation of dismissal by March 14, 2025, in light of the settlement agreement of the parties. Dkt. 124.

2. The parties have been working diligently to meet the Court's deadline. However, additional time is needed to complete the settlement process.

3. Plaintiff thus respectfully requests an additional seven days, up to and including March 21, 2025, to file a joint status report apprising the Court of the parties' progress in the

1

settlement process and the amount of additional time needed to finalize and submit the stipulation of dismissal.

4. Additionally, Plaintiff respectfully requests the status hearing set for March 18, 2025 be continued to a date convenient for the Court after the submission of the joint status report.

5. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the relief sought herein.

6. Counsel for Plaintiff has conferred with counsel for Defendants, and Defendants do not oppose the motion for extension or continuance of the status hearing.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting a seven-day extension of time, up to and including March 21, 2025, for the parties to file a joint status report regarding their progress in the settlement process and any additional time required to finalize the stipulation of dismissal and continuing the status hearing for March 18, 2025 to a date convenient for the Court after the submission of the joint status report.

RESPECTFULLY SUBMITTED,

**BERNARD WILLIAMS**

/s/ Alyssa Martinez
Alyssa Martinez
*One of the Attorneys for Plaintiff*

Arthur Loevy
Jon Loevy
Steve Art
David B. Owens
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
alyssa@loevy.com

2

3

## **CERTIFICATE OF SERVICE**

      I, Alyssa Martinez, an attorney, hereby certify that on March 14, 2025, I filed the foregoing document with the Court's CM/ECF system which effected service on all counsel of record.

/s/ Alyssa Martinez  
*One of Plaintiff's Attorneys*
