# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BERNARD WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KRISTON KATO, SAMUEL CIRONE, ) <br> PATRICIA SAWCZENKO, JOHN ) <br> FARRELL, SERGEANT CHASEN, M. ) <br> CRONIN (Star No. 15490), J. RAWSKI (Star ) <br> No. 3556), Pamela Risley as Special ) <br> Representative for Deceased Defendant J. ) <br> RISLEY (Star No. 975), UNKNOWN ) <br> EMPLOYEES of the CITY OF CHICAGO, ) <br> and the CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | Case No. 21 C 00819 <br><br> Judge Sunil R. Harjani <br><br> Magistrate Judge Heather K. McShain |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Jonathan I. Loevy
Jonathan I. Loevy
Steven E. Art
Arthur R. Loevy
David Owens
Makeba Rutahindurwa
Alyssa Martinez

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for Defendant City of Chicago

/s/

| | |
|---|---|
| Attorneys for Plaintiff, Bernard Williams<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL, 60607<br>(312) 243-5900<br><br>Attorney No. 6346773<br>DATE: 3/21/25 | Jessica Felker<br>Deputy Corporation Counsel<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-6959<br>Attorney No. 6296357<br>DATE: 3/21/2025 |

*Terrence M. Burns* (signature)

Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Attorneys for Defendant, City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Dr., Suite 5200
Chicago, Illinois 60606
(312) 982-0090
Attorney No. 3122331

DATE: 3/21/2025

(signature)

Steven B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Christiane E. Murray
Graham Miller
Attorneys for Defendants, Kriston Kato, Samuel Cirone, Patricia Sawczenko, John Farrell, Michael Chasen, Michael Cronin, John Rawski, Pamela Risley as Special Representative for Deceased Defendant John Risley
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6290240
DATE: 3/19/25