# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Bernard Williams
                             Plaintiff,

v.                                        Case No.: 1:21−cv−00819
                                                     Honorable Sunil R. Harjani

Kriston Kato, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to Rule 41(a)(1) and the stipulation to dismiss [128], this case is dismissed without prejudice to automatically convert to with prejudice in 75 days from the date of this order. Each party to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.