UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Bernard Williams
                Plaintiff,

v.                                  Case No.: 1:21−cv−00819
                                        Honorable Sunil R. Harjani

Kriston Kato, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 20, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the motion to enforce [130]. This matter was dismissed on 3/21/25 and automatically converted to a dismissal with prejudice 75 days from the date of that order, which has passed [128]. Thus, the matter has been dismissed with prejudice. That stipulation did not permit the Court to retain jurisdiction to enforce any agreement after that date. As a result, Plaintiff shall file a status report by 11/24/25 explaining why it believes that the Court still has jurisdiction to enforce this settlement under Seventh Circuit case law. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.